IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOHN PHILIP GAUTHIER                                                  PLAINTIFF

V.                            CASE NO. 3:25-CV-3025

CHIEF DEPUTY TIM ROBERSON,
Boone County, Arkansas;
CORPORAL TONY MCCUTCHEON,
Boone County Detention Center (BCDC);
TURN KEY HEALTH CLINICS, LLC; and
SHERIFF TROY MARTIN                                       DEFENDANTS

## ORDER

On August 28, 2025, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation ("R&R") (Doc. 44) recommending that Plaintiff John Philip Gauthier's Motion to Revoke Consent (Doc. 32) be denied. On April 20, 2025, Mr. Gauthier submitted a signed form consenting to magistrate judge assignment. The Clerk's Office then assigned the case to Magistrate Judge Comstock—pending written consent of all defendants. Thereafter, defendants Tim Roberson, Tony McCutcheon, and Turn Key Health Clinics, LLC, returned signed consent forms. On August 6, 2025, Mr. Gauthier filed his Motion to Revoke Consent, and just after that, the last defendant, Sheriff Troy Martin, submitted his signed consent form.

The R&R is correct that once a party gives written consent for a case to be assigned to a magistrate judge, there is no absolute right to withdraw that consent. *See* Doc. 44, p. 2. Instead, the party wishing to withdraw consent must demonstrate "extraordinary circumstances" warranting reassignment to the district judge. *See id.*

According to the R&R, the Motion reveals no extraordinary circumstances and, thus, should be denied. The Court agrees.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the Motion to Revoke Consent (Doc. 32) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of September, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE